# ALABAMA COURT OF CRIMINAL APPEALS



September 26, 2025

**CR-2025-0284**
Austin Wade Dalton Eipp v. State of Alabama (Appeal from Cullman Circuit Court: CC-24-88)

## NOTICE

You are hereby notified that on September 26, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk